COLEMAN et al. v. HILL.

(City Court of New York, General Term. February, 1896.)

Appeal from special term.

Second supplementary proceedings by Francis Coleman and another, judgment creditors, against James M. Hill, judgment debtor. From an order dis-

missing the proceedings, the judgment creditor appeals; and, from that part of the order directing that the costs be paid by the attorneys appearing for the judgment creditors, they appeal. Reversed in part.

Argued before CONLAN and FITZSIMONS, JJ.

Oppenheim & Severance, for appellants.

Fromme Bros., for respondent.

CONLAN, J. So much of the order appealed from as directs that the costs allowed to the judgment debtor be paid by the attorneys appearing for the plaintiffs in this proceeding should be reversed. and affirmed as to the remainder, without costs.